CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 21 2015

JULIA C. DUDLEY CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| KIM LATRESS CANNADAY | ) Case No: 4:12CR00027-002 |
| | ) USM No: 17025-084 |
| Date of Previous Judgment: _____07/09/2013_____ | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   90   months **is reduced to**   77 months*   .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 130 to 162 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

*Defendant is sentenced to 77 months, but not less than time served.

Except as provided above, all provisions of the judgment dated   07/09/2013   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   4/21/2015

Effective Date:   11/01/2015
(if different from order date)

_____
Judge's signature

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title